## MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: Charles B. Swartwood, III | Date: February 26, 2004 |
| Courtroom Clerk: Bachrach | Tape Number: 3:32 p.m.  Time In Court: 15 min. |
| Case: USA v. Whitmore | Case Number: 04-1683-CBS |
| AUSA: Capin | Defense Counsel: Watkins |
| PTSO/PO: Ryan | Court Reporter: |

### TYPE OF HEARING

| | |
|---|---|
| [X] **Initial Appearance**<br>[X] Arrested:  [X] on warrant  [ ] on probable cause<br>[ ] Defendant Sworn<br>[X] Advised of Charges<br>[X] Advised of Rights<br>[ ] Requests Appointment of Counsel<br>[X] Will Retain Counsel<br>[ ] Court Orders Counsel be Appointed<br>[X] Government Requests Detention & Continuance | [ ] **Arraignment**<br>[ ] Defendant Waived Reading of Indictment<br>[ ] Defendant Pleads Not Guilty to Counts_____<br>[ ] **Removal Hearing/Rule 40**<br>[ ] Defendant Waives Identity Hearing<br>[ ] Defendant Ordered Removed to Charging District. Order to Issue.<br>[ ] Defendant Released, Conditions Remain/ Modified/Set<br>[ ] Identity Established |
| [ ] **Preliminary Examination (Rule 5 or Rule 32.1)**<br>[ ] Probable Cause Found<br>[ ] Identity Established<br>[ ] Defendant Waives Identity Hearing<br>[ ] Defendant Waives Preliminary Examination | [ ] **Bail Hearing**<br>[ ] Bail Revoked, Defendant Ordered Detained<br>[ ] Defendant Released, Conditions Remain/Modified<br>[ ] Defendant Released on _____ with Conditions |
| [ ] **Detention Hearing**<br>[ ] Defendant Requests a Continuance<br>[ ] Defendants Consent to Voluntary Detention<br>[ ] Defendant Detained, Order to Issue<br>[ ] Defendant Released on _____ with conditions<br>[ ] Detention Taken Under Advisement<br><br>[ ] **Preliminary Probation Revocation Hearing**<br>[ ] Defendant Ordered Detained<br>[ ] Defendant Released | [ ] **Miscellaneous Hearings**<br>[ ] Attorney Appointment Hearing<br>[ ] Change of Plea (Rule 11) Hearing<br>[ ] Material Witness Hearing<br>[ ] Motion Hearing<br>[ ] Status Conference<br>[ ] Other _____ |

### CONTINUED PROCEEDINGS

_____ set for ____ at _____

### REMARKS

Case called, Counsel and defendants appear for initial appearance.  Defendant informs counsel will retain own counsel.

Government moves for detention probable cause and detention hearing set for March 5 at 11:00 a.m.