## MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: __Charles B. Swartwood, III__ | Date: March 5, 200 |
| Courtroom Clerk: __Roland__ | Tape Number: __11:14; 11:32 am__   Time In Court: 35 min |
| Case: USA v. __Michael Whitmore__ | |
| AUSA: __Capin__ | Case Number: __04-1683-CBS__ |
| PTSO/PO: __Cuascut__ | Defense Counsel: __Watkins__ |
| | Interpreter: _____   Language: _____ |

### TYPE OF HEARING

| | |
|---|---|
| [ ] **Initial Appearance**<br>[ ] Arrested:  in another district<br>[ ] Defendant Sworn<br>[ ] Advised of Charges<br>[ ] Advised of Rights<br>[ ] Requests Appointment of Counsel<br>[ ] Has Retained Counsel<br>[ ] Court Orders Counsel be Appointed<br>[ ] Government Requests Detention & Continuance | [ ] **Arraignment**<br>[ ] Defendant Waived Reading of Indictment<br>[ ] Defendant Pleads Not Guilty to Counts_____<br>[ ] **Removal Hearing/Rule 40**<br>[ ] Defendant Waives Identity Hearing<br>[ ] Defendant Ordered Removed to Charging District. Order to Issue.<br>[ ] Defendant Released, Conditions Remain/ Modified/Set<br>[ ] Identity Established |
| [X] **Preliminary Examination (Rule 5 or Rule 32.1)**<br>[ ] Probable Cause Found<br>[ ] Identity Established<br>[ ] Defendant Waives Identity Hearing<br>[ ] Defendant Waives Preliminary Examination | [ ] **Bail Hearing**<br>[ ] Bail Revoked, Defendant Ordered Detained<br>[ ] Defendant Released, Conditions Remain in full force<br>[ ] Defendant Released on ____ with Conditions |
| [X] **Detention Hearing**<br>[ ] Defendant Requests a Continuance<br>[ ] Defendant Consents to Voluntary Detention<br>[ ] Defendant Detained, Order to Issue<br>[ ] Defendant Released on _____ with conditions<br>[X] Detention Taken Under Advisement<br><br>[ ] **Preliminary Probation Revocation Hearing**<br>[ ] Defendant Ordered Detained<br>[ ] Defendant Released | [ ] **Miscellaneous Hearings**<br>[ ] Attorney Appointment Hearing<br>[ ] Change of Plea (Rule 11) Hearing<br>[ ] Material Witness Hearing<br>[ ] Motion Hearing<br>[ ] _____Status Conference<br>[ ] Other _____ |

### CONTINUED PROCEEDINGS

_____ set for _____ at _____

### REMARKS

Case called, Counsel appear for Probable Cause Hearing and Detention , Govt calls Lisa Rudnicki, Cross,  Closing

Arguments, Court calls Betty Whitmore as potential Third Party Custodian. Matter Taken Under Advisement

Case 1:04-cr-10090-WGY     Document 5     Filed 03/05/2004     Page 2 of 2