○AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MA

United States

V.

Michael Whitmore

**EXHIBIT AND WITNESS LIST**

Case Number: 04-1683-CBS

| PRESIDING JUDGE Charles B. Swartwood, III | PLAINTIFF'S ATTORNEY Capin | DEFENDANT'S ATTORNEY Watkins |
|---|---|---|
| TRIAL DATE (S) 3/5/04 | COURT REPORTER 11:14; 11:32 a.m. | COURTROOM DEPUTY Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|   |   |   |   |   | Witnesses |
| X |   | 3/5/2004 |   |   | Agent Lisa Rudnicki |
|   |   | 3/5/2004 |   |   | Betty Whitmore |
|   |   |   |   |   | Exhibit |
| X |   | 3/5/2004 | X | X | Affidavit & Complaint |
| X |   | 3/5/2004 | X | X | Certified Conviction |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages