UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**04** CR **1 0 0 9 0** WGY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | |
| | ) | VIOLATIONS: |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Felon in Possession of |
| MICHAEL WHITMORE | ) | Firearm and Ammunition |

INDICTMENT

COUNT ONE:     (18 U.S.C. § 922(g)(1) - Felon in Possession of
               Firearm and Ammunition)

The Grand Jury charges that:

On or about September 27, 2003, at Boston, in the

District of Massachusetts,

MICHAEL WHITMORE,

defendant herein, having previously been convicted in a court of a

crime punishable by imprisonment for a term exceeding one year, did

knowingly possess, in and affecting commerce, a firearm, to wit, a

Smith and Wesson, Model 3914, 9mm pistol, serial number

TFA2157, and ammunition, to wit, nine rounds of SPEER brand 9mm

ammunition.

All in violation of Title 18, United States Code, Section

922(g)(1).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JOHN A. CAPIN
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS                March 31, 2004
                                              4:03 pm

Returned into the District Court by the Grand Jurors and filed.

Deputy Clerk