AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

## APPEARANCE

Case Number: 04-10090-WGY

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

*Michael Whitmore*

I certify that I am admitted to practice in this court.

Date: April 6/04

Signature: *Harold H. Hakala*

Print Name: Harold H. HAKALA    Bar Number: 216240

Address: 15 Court Sq

City: Boston    State: MA    Zip Code: 02108

Phone Number: 617-742-7040    Fax Number: 742-8636