UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                                       CRIMINAL
                                                                                        NO. 04-10090 -WGY

**MICHAEL WHITMORE**

### INITIAL SCHEDULING ORDER

YOUNG, C.J.

The above named defendant(s) having been arraigned on  4/6/04  before  SWARTWOOD, USMJ , and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A. The government shall provide automatic discovery by  5/6/04   See L.R116.1(C).

B. The defendant shall provide automatic discovery by  5/6/04 . See LR 116.1(D).

C. Any discovery request letters shall be sent and filed by 5/18/04 . See LR 116.3 (A) and (H).

D. Any responses to discovery request letters shall be sent and filed by 6/1/04 . See LR 116.3(A).

E. An initial status conference in accordance with LR 116.5 will be held on  MAY 17, 2004  at  2:00  p.m. in Courtroom No.  18  on the  5  floor.

By the Court,

4/16/04                                                                        /s/ Elizabeth Smith

Date                                                                              Deputy Clerk

(Crinsch1.wp - 11/24/98)