UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action
No: **04-10090-WGY**

**UNITED STATES**
**Plaintiff**

v.

**MICHAEL WHITMORE**
**Defendant**

## SCHEDULING ORDER

**YOUNG, C.J.**

An initial status conference in accordance with LR 116.5 was held on  5/18/04

Any substantive motions are to be filed by 6/30/04  . See LR 116.3(E) and (H).

Response to any motion is to be filed on or before     7/7/04  See LR 116.3(l).

A Final Pretrial Conference will be held on   7/22/04@2PM

A joint memorandum in accordance with LR 116.5(C) is to be filed by 7/22/04

A tentative trial date has been set for    9/20/04

The time between 5/18/04    and     9/20/04             is excluded in the interest of justice.

By the Court,

/s/ Elizabeth Smith

**Deputy Clerk**

**May 20, 2004To: All Counsel**

**May 20, 2004To: All Counsel**