UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                      )<br>)<br>MICHAEL WHITMORE                     )<br>) | CRIMINAL NO. 04-10090-WGY |

### AFFIDAVIT

I, Michael Whitmore, state the following to be true and accurate to the best of my knowledge and belief:

1. I am the defendant in the above-entitled action.

2. On September 27, 2003 at approximately 8:30 p.m., I was in a motor vehicle traveling in the area of Humboldt Avenue in Roxbury.

3. I was proceeding with caution, not traveling over the speed limit and believe that I did not commit any traffic violations.

4. A police officer activated his blue lights and I pulled over on a side street.

5. The police officer asked me to exit the vehicle and then, conducted a search of my person and the motor vehicle.

6. The police allege that they found a firearm and ammunition in the motor vehicle.

7. I did not consent to the search of my person or the motor vehicle.

8. I did not consent to the stop by the police.

9. It is my understanding that the government intends to use the items found against me at trial in the above-entitled matter.

Signed this 28th day of June, 2004, under the pains and penalties of perjury.

*Michael Whitmore*
Michael Whitmore

LAW OFFICES OF
HAROLD H. HAKALA
15 COURT SQUARE
BOSTON, MA 02108
(617) 742-7040