UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

        **Criminal Action**
        **No:04-10090-WGY**

**UNITED STATES**
**Plaintiff**

v.

**MICHAEL WHITMORE**
**Defendant**

NOTICE OF HEARING

**YOUNG, C.J.**

TAKE NOTICE that the above-entitled case has been set for EVIDENTIARY HEARING ON MOTION TO SUPPRESS at 2:00 P.M., on FRIDAY SEPT. 24, 2004, in Courtroom No. 18, 5TH floor.

        **By the Court,**

        **/s/ Elizabeth Smith**

        **Deputy Clerk**

**July 28, 2004**

**To: All Counsel**