UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MICHAEL WHITMORE )<br>) | CRIMINAL NO. 04-10090-WGY |

### DEFENDANT'S MOTION TO RESCHEDULE SUPPRESSION HEARING

Defendant Michael Whitmore, by his attorney, moves that this Court reschedule the suppression hearing now set for September 17, 2004 to October 1, 2004. As grounds, counsel states that he will be out of Boston on September 17, 2004. The United States Attorney's Office has no objection to this motion. The defendant stipulates that the time from the date of this motion through the next scheduled date be excluded under the Speedy Trial Act.

Respectfully submitted,
Michael Whitmore,

By: /s/ Harold H. Hakala
Harold H. Hakala
15 Court Square
Boston, MA 02108
(617) 742-7040
BBO No. 216940

I, Harold H. Hakala, certify that a copy of the above document was sent to John Capin, AUSA, One Courthouse Way, Boston, MA 02210 by hand, facsimile and/or postage prepaid, first class mail, on this date.

LAW OFFICES OF
HAROLD H. HAKALA
15 COURT SQUARE
BOSTON, MA 02108
(617) 742-7040

Date: August 2nd, 2004

Harold H. Hakala